IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-37 (MTT) |
| | ) |
| JEFFERY MAURICE WILLIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 21. The defendant was indicted on June 20, 2021, and had his arraignment in this Court on March 16, 2022. Docs. 1; 11. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to provide additional time for defense counsel to review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to trial   Doc. 21 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 21) is **GRANTED**. The case is continued from the May term until the Court's trial term presently scheduled for **July 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT