IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-37 (MTT) |
| | ) |
| JEFFERY MAURICE WILLIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved the Court to continue this case until the next trial term. Doc. 29. The defendant was indicted on June 10, 2021, and had his arraignment in this Court on March 16, 2022. Docs. 1; 11. Two prior continuances have been granted. Docs. 22; 26. The parties now move the Court to continue this case to the next trial term to provide additional time for defense counsel to receive additional discovery recently requested from the government, conduct any required investigation or negotiate a potential resolution to the case. Doc. 29 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 29) is **GRANTED**. The case is continued from the September term until the Court's trial term presently scheduled for **November 14, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT